Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–11716–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sharon O'Biso
1946 Sawmill Ct.
Toms River, NJ 08755

Social Security No.:
xxx–xx–0498

Employer's Tax I.D. No.:

---

### NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/13/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 14, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-11716-MBK
Sharon O'Biso                                                                             Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin            Page 1 of 2            Date Rcvd: Jun 14, 2018
                               Form ID: 148            Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
```
db         +Sharon O'Biso,   1946 Sawmill Ct.,   Toms River, NJ 08755-0908
cr         +HSBC BANK USA,   Robertson, Anschutz & Schneid, P.L.,   6409 Congress Avenue, Suite 100,
             Boca Raton, FL 33487-2853
cr         +HSBC Bank USA, National Association as Trustee for,   Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Ste 100,   Boca Raton, FL 33487-2853
cr         +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,   Stern, Lavinthal & Frankenberg, LLC,
             105 Eisenhower Parkway,   Suite 302,   Roseland, NJ 07068-1640
517573722  +ACAR Leasting LTD,   dba GM Financial Leasing,   POB 183853,   Arlington, TX 76096-3853
517302429  +Aurora Loan services,   PO Box: 1706,   Scottsbluff, NE 69363-1706
517302433  +GM financial leasing,   PO Box 100,   Williamsville, NY 14231-0100
517443456  +HSBC BANK,   ATTN: Bankruptcy Dept,   Natiostar Mortgage LLC D/B/A Mr.Cooper,   PO BOX 619094,
             Dallas TX 75261-9094
517302434   Kimball Emergency Medical Assoc.,   1946 Sawmill Ct,   Lakewood, NJ 08701
517302436  +Sheriff Ocean County,   120 Hooper Ave,   Toms River, NJ 08753-7606
517302437  +Stoneleigh Recovery,   PO Box 1479,   Lombard, IL 60148-8479
517302439   U.S.Dept of Education,   PO. Box 530260,   Atlanta, GA 30353-0260
517478285   UNITED STATES DEPARTMENT OF EDUCATION,   CLAIMS FILING UNIT,   PO BOX 8973,
             MADISON WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2018 23:10:42   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2018 23:10:39   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517302430  +EDI: TSYS2.COM Jun 15 2018 02:43:00   Barclays Bank Delaware,   125 South West Street,
             Wilmington, DE 19801-5014
517382797  +EDI: PRA.COM Jun 15 2018 02:43:00   Bureaus Investment Group Portfolio No 15 LLC,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
517302431  +EDI: CAPITALONE.COM Jun 15 2018 02:43:00   Capital One,   26525 N Riverwoods BLVD,
             Lake Forest, IL 60045-3438
517344892   EDI: BL-BECKET.COM Jun 15 2018 02:43:00   Capital One, N.A.,   c/o Becket and Lee LLP,
             PO Box 3001,   Malvern PA 19355-0701
517302432  +EDI: RMSC.COM Jun 15 2018 02:43:00   Carecredit/Synchrony Bank,   PO Box 960061,
             Orlando, FL 32896-0061
517302435  +EDI: CBSKOHLS.COM Jun 15 2018 02:43:00   KOHLS/CAPITAL ONE,   PO BOX 3115,
             Milwaukee, WI 53201-3115
517413938   EDI: Q3G.COM Jun 15 2018 02:43:00   Quantum3 Group LLC as agent for,
             Credit Corp Solutions Inc,   PO Box 788,   Kirkland, WA 98083-0788
517413937   EDI: Q3G.COM Jun 15 2018 02:43:00   Quantum3 Group LLC as agent for,   MOMA Funding LLC,
             PO Box 788,   Kirkland, WA 98083-0788
517304861  +EDI: RMSC.COM Jun 15 2018 02:43:00   Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
517302438  +EDI: RMSC.COM Jun 15 2018 02:43:00   Synchrony Bank/JCPenny Credit Services,   PO Box 960090,
             Orlando, FL 32896-0090
                                                                                        TOTAL: 12
```

```
       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*         Aurora Loan Services,   PO BOX 1706,   Scottsbluff, NE 69363-1706
517302440  ##+Zucker Goldberg Ackerman,   PO Box 1024,   Mountainside, NJ 07092-0024
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                              Signature:   /s/Joseph Speetjens

District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Jun 14, 2018
                              Form ID: 148               Total Noticed: 25

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicer for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors,
               Inc., Mortgage Pass-Through Certificates, MANA Series 2007 cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
               for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
               2007-OAR4 kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    HSBC BANK USA bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
               2007-OAR4 bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Shmuel  Klein    on behalf of Debtor Sharon  O'Biso shmuel.klein@verizon.net,
               bleichmanklein@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 7