Shmuel Klein 168441
Law Office of Shmuel Klein PA
113 Cedarhill Ave.
Mahwah, NJ 07430
Phone:   845-425-2510

# United States Bankruptcy Court
### District of New Jersey

In re  **Sharon O'Biso**                                                                                           Case No.  **18-11716**

Debtor(s)                                                                      Chapter  **13**

## CERTIFICATION

The undersigned Debtor. Sharon O'Biso certifies that:

1.    I have no Rent Agreement or business  or  income listed on Line #8a on Schedule J.


Date of certification:    July  9, 2018                                         /s/ Sharon O'Biso
                                                                                                            Sharon O'Biso