Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  18–11716–MBK
          Chapter:  13
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sharon O'Biso
   1946 Sawmill Ct.
   Toms River, NJ 08755

Social Security No.:
   xxx–xx–0498

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:          10/9/18
Time:         10:00 AM
Location:      Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 12, 2018
JAN: kmf

                                  Jeanne Naughton
                                  Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-11716-MBK
Sharon O'Biso                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jul 12, 2018
                              Form ID: 132             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
```
db            +Sharon O'Biso,    1946 Sawmill Ct.,    Toms River, NJ 08755-0908
cr            +HSBC BANK USA,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
cr            +HSBC Bank USA, National Association as Trustee for,    Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
cr            +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517573722     +ACAR Leasting LTD,    dba GM Financial Leasing,    POB 183853,    Arlington, TX 76096-3853
517302429     +Aurora Loan services,    PO Box: 1706,    Scottsbluff, NE 69363-1706
517302430     +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
517344892      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517302433     +GM financial leasing,    PO Box 100,    Williamsville, NY 14231-0100
517443456     +HSBC BANK,    ATTN: Bankruptcy Dept,    Natiostar Mortgage LLC D/B/A Mr.Cooper,    PO BOX 619094,
                Dallas TX 75261-9094
517302434      Kimball Emergency Medical Assoc.,    1946 Sawmill Ct,    Lakewood, NJ 08701
517302436     +Sheriff Ocean County,    120 Hooper Ave,    Toms River, NJ 08753-7606
517302437     +Stoneleigh Recovery,    PO Box 1479,    Lombard, IL 60148-8479
517302439      U.S.Dept of Education,    PO. Box 530260,    Atlanta, GA 30353-0260
517478285      UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                MADISON WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 12 2018 23:26:01     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 12 2018 23:25:58     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
517382797     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 12 2018 23:42:35
                Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk VA 23541-1021
517302431     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 12 2018 23:30:16     Capital  One,
                26525 N Riverwoods BLVD,    Lake Forest, IL 60045-3438
517302432     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:30:10     Carecredit/Synchrony Bank,
                PO Box 960061,    Orlando, FL 32896-0061
517302435     +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 12 2018 23:25:02     KOHLS/CAPITAL ONE,
                PO BOX 3115,    Milwaukee, WI 53201-3115
517413938      E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2018 23:25:52
                Quantum3 Group LLC as agent for,    Credit Corp Solutions Inc,    PO Box 788,
                Kirkland, WA  98083-0788
517413937      E-mail/Text: bnc-quantum@quantum3group.com Jul 12 2018 23:25:53
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517304861     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:30:41     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517302438     +E-mail/PDF: gecsedi@recoverycorp.com Jul 12 2018 23:30:10
                Synchrony Bank/JCPenny Credit Services,    PO Box 960090,    Orlando, FL 32896-0090
                                                                                              TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             Aurora Loan Services,    PO BOX 1706,    Scottsbluff, NE  69363-1706
517302440    ##+Zucker Goldberg Ackerman,    PO Box 1024,    Mountainside, NJ 07092-0024
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jul 12, 2018
                              Form ID: 132             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
           servicer for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors,
           Inc., Mortgage Pass-Through Certificates, MANA Series 2007 cmecf@sternlav.com
          Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
           for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
           2007-OAR4 kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Creditor    HSBC BANK USA bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
           2007-OAR4 bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
          Shmuel   Klein    on behalf of Debtor Sharon   O'Biso shmuel.klein@verizon.net,
           bleichmanklein@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```