UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on July 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Sharon O'Biso

Case No.: 18-11716

Chapter: 13

Judge: Michael B. Kaplan

## ORDER VACATING ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 12, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court by the debtor's Motion to Reinstate Case; and the court having considered any objections filed; and for good cause shown; it is

ORDERED the case is reinstated effective as of the date of this order. The order dismissing this case dated __6/13/2018__, remains in effect through the date of entry of this Order and its service as provided herein. No actions taken by third parties during the period this case was dismissed are or were subject to the automatic stay or other provisions of the Bankruptcy Code.

IT IS FURTHER ORDERED that any deadline unexpired at the time of dismissal is nullified and reset as follows. Creditors and/or parties in interest have:

1.  until the original deadline fixed by the Court to file a complaint to challenge dischargeability of certain debts, or sixty (60) days from the date of this Order, whichever is later;

2.  until the original deadline fixed by the Court to file a proof of claim or required supplement, or sixty (60) days from the date of this Order, whichever is later; and

3.  until the original deadline fixed by the Court to object to exemptions, or thirty (30) days from the date of this Order, whichever is later.

IT IS FURTHER ORDERED that if the meeting of creditors has not been concluded, the debtor shall contact the case trustee to reschedule it.

IT IS FURTHER ORDERED that if this is a chapter 13 case, and the debtor's Plan has not been confirmed, the confirmation hearing is rescheduled for __October 9, 2018__ at __10:00 am__.

IT IS FURTHER ORDERED that the Debtor shall, within three (3) days of the date of this Order, serve **ALL** creditors and other parties in interest with a copy of this Order and immediately thereafter, file a certification of service evidencing compliance herewith. This Order shall be effective as to such parties only upon service in accordance with this Order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-11716-MBK
Sharon O'Biso                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1          Date Rcvd: Jul 12, 2018
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
db             +Sharon O'Biso,    1946 Sawmill Ct.,    Toms River, NJ 08755-0908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicer for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors,
               Inc., Mortgage Pass-Through Certificates, MANA Series 2007 cmecf@sternlav.com
              Kevin Gordon McDonald    on behalf of Creditor    HSBC Bank USA, National Association as Trustee
               for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
               2007-OAR4 kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    HSBC BANK USA bkyefile@rasflaw.com
              Laura M. Egerman    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
               2007-OAR4 bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Shmuel   Klein    on behalf of Debtor Sharon   O'Biso shmuel.klein@verizon.net,
               bleichmanklein@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8