UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
HSBC Bank USA, National Association as Trustee for
Merrill Lynch Mortgage Investors, Inc., Mortgage
Pass-Through Certificates, MANA Series 2007-OAR4

In Re:
    Sharon, O Biso

Order Filed on October 11, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 18-11716
Chapter:   13
Hearing Date:  10/09/2018
Judge:  Michael B. Kaplan

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 11, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

[Type text]

Upon the motion of HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-OAR4, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

■    Real Property More Fully Described as:

    **Land and premises commonly known as Lot , Block ,   1946 Sawmill Ct, Toms River NJ 08755**

☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-11716-MBK
Sharon O'Biso                                                       Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Oct 11, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 13, 2018.
db             +Sharon O'Biso,    1946 Sawmill Ct.,   Toms River, NJ 08755-0908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 11, 2018 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
           Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
           2007-OAR4 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper as
           servicer for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors,
           Inc., Mortgage Pass-Through Certificates, MANA Series 2007 cmecf@sternlav.com
          Kevin Gordon McDonald   on behalf of Creditor   HSBC Bank USA, National Association as Trustee
           for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
           2007-OAR4 kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com
          Kevin M. Buttery   on behalf of Creditor   HSBC BANK USA bkyefile@rasflaw.com
          Laura M. Egerman   on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
           Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
           2007-OAR4 bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
          Shmuel  Klein   on behalf of Debtor Sharon  O'Biso shmuel.klein@verizon.net,
           bleichmanklein@gmail.com
          Sindi  Mncina   on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
           Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
           2007-OAR4 smncina@rascrane.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 10