Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–11716–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Sharon O'Biso
1946 Sawmill Ct.
Toms River, NJ 08755

Social Security No.:
xxx–xx–0498

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/11/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 11, 2019
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Sharon O'Biso  
    Debtor

Case No. 18-11716-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2        Date Rcvd: Jan 11, 2019  
                            Form ID: 148        Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2019.

```
db           +Sharon O'Biso,    1946 Sawmill Ct.,    Toms River, NJ 08755-0908
cr           +HSBC BANK USA,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
               Boca Raton, FL 33487-2853
cr           +HSBC Bank USA, National Association as Trustee for,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
cr           +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    Stern, Lavinthal & Frankenberg, LLC,
               105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
517573722    +ACAR Leasting LTD,    dba GM Financial Leasing,    POB 183853,    Arlington, TX 76096-3853
517302429    +Aurora Loan services,    PO Box: 1706,    Scottsbluff, NE 69363-1706
517302433    +GM financial leasing,    PO Box 100,    Williamsville, NY 14231-0100
517443456    +HSBC BANK,    ATTN: Bankruptcy Dept,    Natiostar Mortgage LLC D/B/A Mr.Cooper,    PO BOX 619094,
               Dallas TX 75261-9094
517302434     Kimball Emergency Medical Assoc.,    1946 Sawmill Ct,    Lakewood, NJ 08701
517302436    +Sheriff Ocean County,    120 Hooper Ave,    Toms River, NJ 08753-7606
517302437    +Stoneleigh Recovery,    PO Box 1479,    Lombard, IL 60148-8479
517302439     U.S.Dept of Education,    PO. Box 530260,    Atlanta, GA 30353-0260
517478285     UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
               MADISON WI 53708-8973
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2019 00:22:05     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2019 00:22:03      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ  07102-5235
517302430    +EDI: TSYS2.COM Jan 12 2019 04:48:00      Barclays Bank Delaware,    125 South West Street,
               Wilmington, DE 19801-5014
517382797    +EDI: PRA.COM Jan 12 2019 04:48:00      Bureaus Investment Group Portfolio No 15 LLC,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517302431    +EDI: CAPITALONE.COM Jan 12 2019 04:48:00      Capital  One,    26525 N Riverwoods BLVD,
               Lake Forest, IL 60045-3438
517344892     EDI: BL-BECKET.COM Jan 12 2019 04:48:00      Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
517302432    +EDI: RMSC.COM Jan 12 2019 04:48:00      Carecredit/Synchrony Bank,    PO Box 960061,
               Orlando, FL 32896-0061
517302435    +EDI: CBSKOHLS.COM Jan 12 2019 04:48:00      KOHLS/CAPITAL ONE,    PO BOX 3115,
               Milwaukee, WI 53201-3115
517413938     EDI: Q3G.COM Jan 12 2019 04:48:00      Quantum3 Group LLC as agent for,
               Credit Corp Solutions Inc,    PO Box 788,    Kirkland, WA  98083-0788
517413937     EDI: Q3G.COM Jan 12 2019 04:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
517304861    +EDI: RMSC.COM Jan 12 2019 04:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517302438    +EDI: RMSC.COM Jan 12 2019 04:48:00      Synchrony Bank/JCPenny Credit Services,    PO Box 960090,
               Orlando, FL 32896-0090
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*           Aurora Loan Services,    PO BOX 1706,    Scottsbluff, NE  69363-1706
517302440    ##+Zucker Goldberg Ackerman,    PO Box 1024,    Mountainside, NJ 07092-0024
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jan 11, 2019
                              Form ID: 148             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
```
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon     on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
               2007-OAR4 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as
               servicer for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors,
               Inc., Mortgage Pass-Through Certificates, MANA Series 2007 cmecf@sternlav.com
              Kevin Gordon McDonald     on behalf of Creditor    HSBC Bank USA, National Association as Trustee
               for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
               2007-OAR4 kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Kevin M. Buttery     on behalf of Creditor    HSBC BANK USA bkyefile@rasflaw.com
              Laura M. Egerman     on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
               2007-OAR4 bkyecf@rasflaw.com,    bkyecf@rasflaw.com;legerman@rasnj.com
              Shmuel    Klein     on behalf of Debtor Sharon    O'Biso shmuel.klein@verizon.net,
               bleichmanklein@gmail.com
              Sindi   Mncina     on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
               2007-OAR4 smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 10
```