| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey<br><br>Albert Russo<br>CN 4853<br>Trenton,  NJ    08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on January 11, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br><br>Sharon O'Biso<br><br><br><br>Debtor(s) | Case No.: 18-11716 / MBK<br><br>Chapter: 13<br><br>Hearing Date: January 8, 2019<br><br>Judge:  Michael B. Kaplan |

## CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: January 11, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

*rev. 5/8/17*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

*rev. 5/8/17*

In re:                                                                                                      Case No. 18-11716-MBK
Sharon O'Biso                                                                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1             Date Rcvd: Jan 11, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
db            +Sharon O'Biso,    1946 Sawmill Ct.,    Toms River, NJ 08755-0908

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
            Albert  Russo    docs@russotrustee.com
            Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
            Denise E. Carlon    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
             Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
             2007-OAR4 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper as
             servicer for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors,
             Inc., Mortgage Pass-Through Certificates, MANA Series 2007 cmecf@sternlav.com
            Kevin Gordon McDonald    on behalf of Creditor   HSBC Bank USA, National Association as Trustee
             for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
             2007-OAR4 kmcdonald@blankrome.com,  bkgroup@kmllawgroup.com
            Kevin M. Buttery    on behalf of Creditor   HSBC BANK USA bkyefile@rasflaw.com
            Laura M. Egerman    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
             Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
             2007-OAR4 bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
            Shmuel  Klein    on behalf of Debtor Sharon  O'Biso shmuel.klein@verizon.net,
             bleichmanklein@gmail.com
            Sindi  Mncina    on behalf of Creditor   HSBC Bank USA, National Association as Trustee for
             Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, Mana Series
             2007-OAR4 smncina@rascrane.com
            U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 10